Date signed September 28, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CRISS BROTHERS PARTNERSHIP | : | Case No. 09-12383PM |
| | : | Chapter 11 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| CRISS BROTHERS PARTNERSHIP | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 09-0602PM |
| | : | |
| K.H. FUNDING COMPANY | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

On Thursday, September 10, 2009, the Debtor filed a Complaint for Injunctive Relief seeking to enjoin a foreclosure sale scheduled for Monday, September 14, 2009.  A copy of the Complaint was mailed by first-class mail to Sari K. Kurland, Esquire, an attorney, to the Debtor Criss Brothers Partnership, and to the office of the United States Trustee.  On September 10, 2009, Plaintiff also filed a Motion for Preliminary Injunction, together with a Notice of an expedited hearing.  Any defect in the service of process upon the Defendant was cured by Ms. Kurland's appearance on its behalf at the status conference on September 11, 2009, and her Notice of Appearance filed on behalf of the Defendant.  On September 11, 2009, Plaintiff also filed a document entitled, "Renewed Request for Hearing on Motion for Temporary Restraining Order."  However, no pleading or motion was filed under Bankruptcy Rule 7065 that makes FRCP 65(b) applicable in adversary proceedings.

The court is advised that the foreclosure sale went forward as scheduled on September

14, 2009. When the matter came before the court on the Motion for Preliminary Injunction, the court, in its opinion, and for the reasons stated in such cases as *In re Denny*, 242 B.R. 593 (BC MD. 1999), could not undo the foreclosure sale. The court stated that it would deny the Motion for Preliminary Injunction as moot, but allowed Plaintiff to make its record.. An appropriate order will be entered.

cc:
Richard H. Gins, Esq., 3 Bethesda Metro Center, Suite 530, Bethesda, MD 20814
Sari K. Kurland, Esq., 211 Jersey Lane, Rockville, MD 20850
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**